IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CANDACE TERRELL,<br><br>      Plaintiff,<br><br>v.<br><br>OTS, INC., D/B/A OMNITECH SOLUTIONS AND OMNITECH INSTITUTE; CHARLTON CARLOS LESTER,<br><br>      Defendants. | CIVIL ACTION<br>NO. 1:09-CV-0626-RWS |

## MOTION TO WITHDRAW BRENNAN W. BOLT AS COUNSEL FOR DEFENDANTS

Pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, Counsel for Defendants OTS, Inc. and Charlton Carlos Lester ("Defendants") file this Motion to Withdraw Brennan W. Bolt as counsel for Defendants in this action.

Mr. Bolt is leaving the firm of McGuireWoods LLP, and has accepted employment elsewhere. However, McGuireWoods LLP will continue to serve as counsel to Defendants in this matter, and will be represented by Curtis L. Mack and Halima Horton.

As Mr. Mack, Ms. Horton, and McGuireWoods LLP will continue their representation of Defendants, Mr. Bolt's withdrawal will not result in any delay or

prejudice to the parties.  McGuireWoods LLP verbally notified Defendants of Mr. Bolt's departure from the firm and that he would be withdrawing.

    Respectfully submitted, this 22nd day of April, 2011.

                        /s/ Curtis L. Mack
                        Curtis L. Mack
                        Georgia Bar No. 463636
                        cmack@mcguirewoods.com
                        Halima Horton
                        Georgia Bar No. 367888
                        hhorton@mcguirewoods.com

                        /s/ Brennan W. Bolt
                        Brennan W. Bolt
                        Georgia Bar No. 066170
                        bbolt@mcguirewoods.com

McGuireWoods LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309
(404) 443-5500
(404) 443-5599 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CANDACE TERRELL,<br><br>          Plaintiff,<br><br>v.<br><br>OTS, INC., D/B/A OMNITECH SOLUTIONS AND OMNITECH INSTITUTE; CHARLTON CARLOS LESTER,<br><br>          Defendants. | CIVIL ACTION<br>NO. 1:09-CV-0626-RWS |

**CERTIFICATE OF FONT AND SERVICE**

Pursuant to Local Rule 5.1, the undersigned counsel for Defendants hereby certifies that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that on this 22nd day of April, 2011, I electronically filed the foregoing ***Motion to Withdraw Brennan W. Bolt as Counsel for Defendants*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Amanda A. Farahany, Amanda@bf-llp.com
    Benjamin F. Barrett, Jr., ben@bf-llp.com
    Eleanor Mixon Attwood, Eleanor@bf-llp.com
    Jule S. Northup, Julie@bf-llp.com

3

/s/ Curtis L. Mack
Curtis L. Mack
Georgia Bar No. 463636

McGuireWoods LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309
(404) 443-5500
(404) 443-5599 (fax)
cmack@mcguirewoods.com

\30786519.1