# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 11-13105

_____

District Court Docket No.
1:09-cv-00626-RWS

> FILED
> U.S. COURT OF APPEALS
> ELEVENTH CIRCUIT
> MAY 4, 2012
> JOHN LEY
> CLERK

CANDACE TERRELL,

        Plaintiff - Appellee,

versus

OTS, INC.,
d.b.a. Omnitech Solutions,
d.b.a. Omnitech Institute,
CHARLTON CARLOS LESTER,

        Defendants - Appellants.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 04, 2012
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

Issued as Mandate
June 25, 2012

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 25, 2012

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 11-13105-CC
Case Style: Candace Terrell v. OTS, Inc., et al
District Court Docket No: 1:09-cv-00626-RWS

The enclosed judgment is hereby issued as the mandate of this court. A copy of this letter, but not a copy of the court's decision, is also being mailed to counsel. A copy of the court's decision was previously mailed to counsel on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

MDT-1 Letter Issuing Mandate